STATE v. LOCKLEAR

No. 20P87.

Case below: 83 N.C. App. 543.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987. Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 7 April 1987.

STATE v. LUCKEY

No. 33P87.

Case below: 83 N.C. App. 543.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 April 1987.

STATE v. MOORE

No. 5P87.

Case below: 83 N.C. App. 543.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

STATE v. MORRISON

No. 62P87.

Case below: 84 N.C. App. 41.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 April 1987.

STATE v. NORRIS

No. 56P87.

Case below: 84 N.C. App. 148.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.